Demetrius TRICE, Appellant,

v.

STATE of Missouri, Respondent.

No. 56305.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1990.

Application to Transfer Denied
March 13, 1990.

Michael D. Burton, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Appellant, Demetrius Trice, pled guilty to second degree murder and first degree robbery and was sentenced to two concurrent twenty year prison terms. He appeals the denial of his rule 27.26 motion after an evidentiary hearing claiming ineffective assistance of counsel based on counsel's alleged failure to investigate three alibi witnesses. We have reviewed this allegation, the entirety of the record on which it is